**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RICHARD GEORGE SCHMIDT, M.D. : No. 66 MM 2016
:
:
:
v. :
:
:
:
STEVEN LEE LEBOON AND :
CASSANDRA LEBOON :
:
:
PETITION OF: STEVEN LEE LEBOON :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of June, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, the Application for Relief, the Motion for Extraordinary Relief and Sanctions, and the Renewed and Enlarged Motion for Extraordinary Relief are **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.